IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 06–cv–00550–REB–MEH

LARRY BRIGGS,

    Plaintiff,

v.

GEICO GENERAL INSURANCE
COMPANY ,

    Defendant.

## PROCEDURAL ORDER

    This case originated in the Boulder County District Court from which it has been removed to this court. This case is one case among many that were filed initially in state court, but removed to federal court. These cases have been assigned randomly among the judicial officers of this court.

    Unfortunately, the transfer of filings from the state system to the federal system has not been seamless. It is not clear whether all of the severed cases have now been removed or whether some remain in state court. While counsel have tried to mitigate the problem by tendering a CDROM purporting to contain an index, a set of pre-severance papers, and a set of post-severance pleadings, the CDROM is cumbersome to use. It remains virtually impossible for the court and the clerk's office to know what

matters are pending and what matters have been resolved.

**THEREFORE, IT IS ORDERED** as follows:

1. That all motions filed before removal of this case are **DENIED** without prejudice to re-filing, so that the motions can be filed electronically in this court's CM/ECF system and assigned docketing numbers; and

2. That plaintiff **SHALL FILE FORTHWITH** the currently operative complaint.

Dated April 10, 2006, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Robert E. Blackburn
                                    **Robert E. Blackburn**
                                    **United States District Judge**