IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00550-REB-MEH

LARRY BRIGGS,

    Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 14, 2006.**

    For good cause shown, Plaintiff's Joint Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) to Stay Discovery Pending Resolution of Motion for Remand [Filed June 9, 2006; Docket #34] is **granted**.

    The Scheduling Conference scheduled for June 30, 2006, at 9:30 a.m. is **vacated**. The parties are directed to file a joint status report if the Motion to Remand is denied. The Court will enter appropriate discovery orders at that time.