**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00550-REB-MEH

LARRY BRIGGS,

    Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

---

MINUTE ORDER[1]

---

    Plaintiff's Unopposed Motion to Exceed the Fifteen-Page Limit for the Motion to Remand [#25], filed April 26, 2006, is GRANTED and same is accepted for filing.

Dated: June 14, 2006

-------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.